# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO DOMINGUEZ,<br><br>    Petitioner,<br><br>    vs.<br><br>NEIL ADLER, et al.,<br><br>    Respondents.<br>_____/ | 1:09-cv-0255-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated: **March 27, 2009**                                            /s/ Theresa A. Goldner
                                                                            UNITED STATES MAGISTRATE JUDGE